[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-11815

_____

D.C. Docket No. 1:10-cv-02326-CAP

CHRIST LIBERTY FAMILY LIFE CENTER,

                       Plaintiff-Appellant,

versus

CITY OF AVONDALE ESTATES, GEORGIA,

                       Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 11, 2014)

Before WILSON, Circuit Judge, MIDDLEBROOKS* and ALBRITTON**, District Judges.

---

    * Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, sitting by designation.
    ** Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.

PER CURIAM:

Christ Liberty Family Life Center appeals the district court's award, pursuant to 42 U.S.C. § 1988, of attorneys' fees and costs.   After reviewing and considering the briefs and record, and having had the benefit of oral argument, we conclude that the district court did not abuse its discretion in the award of attorneys' fees and costs. Therefore, the judgment of the district court is

AFFIRMED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-11815-FF
Case Style: Christ Liberty Family Life Cen v. City of Avondale Estates, Geor
District Court Docket No: 1:10-cv-02326-CAP

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.** Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1.

Counsel appointed under the CRIMINAL JUSTICE ACT must file a CJA voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for a writ of certiorari (whichever is later).

Pursuant to Fed.R.App.P. 39, costs taxed against appellant.

The Bill of Costs form is available on the internet at www.ca11.uscourts.gov

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call Janet K. Spradlin, FF at (404) 335-6178.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jeff R. Patch
Phone #: 404-335-6161

OPIN-1A Issuance of Opinion With Costs