# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number:  13-11815-FF
Case Style: Christ Liberty Family Life Cen v. City of Avondale Estates, Geor
District Court Docket No: 1:10-cv-02326-CAP

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to:  Janet K. Mohler
Phone #:  (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

Issued as Mandate:
September 30, 2014

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 13-11815
_____

District Court Docket No.
1:10-cv-02326-CAP

CHRIST LIBERTY FAMILY LIFE CENTER,

                              Plaintiff - Appellant,

versus

CITY OF AVONDALE ESTATES, GEORGIA,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 11, 2014
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch